IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,                )
                                )
          Plaintiff,            )      8:12CV307
                                )
     v.                         )
                                )
WERNER ENTERPRISES, INC.,       )
d/b/a WERNER TRUCKING, and      )      ORDER
DRIVERS MANAGEMENT, LLC         )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on plaintiffs' motion to seal (Filing No. 44), and motion to amend and to file under seal (Filing No. 48). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion to seal (Filing No. 44) is granted. Plaintiffs' reply brief and amended reply brief in support of their motion for class certification and supporting exhibits and index shall be sealed pending further order of the Court.

2) Plaintiffs' motion to amend and to file under seal is granted. Plaintiffs' amended reply brief (Filing No. 49) shall remain sealed pending further order of the Court.

3) Plaintiffs' original reply brief (Filing No. 45) shall be stricken as an incomplete document.

DATED this 29th day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court