IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE, et al.,          )
                                  )
          Plaintiffs,             )      8:12CV307
                                  )
     v.                           )
                                  )
WERNER ENTERPRISES, INC.,         )
d/b/a WERNER TRUCKING, and        )      ORDER
DRIVERS MANAGEMENT, LLC           )
                                  )
          Defendants.             )
_____)
```

This matter is before the Court on plaintiffs' supplemental submission in support of plaintiffs' request to appoint Swartz Swidler, LLC, Richard Swartz and Justin Swidler, as class counsel (Filing No. 53).  The Court has reviewed the submission and finds the request should be granted. Accordingly,

IT IS ORDERED that plaintiffs' request is granted. Swartz Swidler, LLC, Richard Swartz and Justin Swidler are appointed as class counsel for plaintiffs pursuant to Federal Rule of Civil Procedure 23(g).

DATED this 29th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court