IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PHILLIP PETRONE,               )
                               )
          Plaintiff,           )         8:12CV307
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC.,      )         ORDER
d/b/a WERNER TRUCKING, and     )
DRIVERS MANAGEMENT, LLC        )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the stipulation to send notice pursuant to Rule 23(B)(3) (Filing No. 91). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted. Plaintiffs' counsel shall send notice to each individual identified as a class member in accordance with the terms of the stipulation.

DATED this 22nd day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court